# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**EDWARD FRANCISCO SOTO,**<br>Defendant. | CASE NO. 4:19-CR-00086<br><br>MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL |

**COMES NOW,** the Defendant, Edward Francisco Soto, by and through the undersigned counsel, Benjamin D. Bergmann, and in support of his motion requesting that his sentencing brief be filed under seal pursuant to Local Rule 5.c respectfully states to the court as follows:

1. According to Local Rule 5.c regarding "the documents sought to be filed under seal," the documents must be described in the motion with sufficient particularity to enable the court to rule on the motion without reviewing the documents.

2. Mr. Soto is filing a sentencing brief which contain references to confidential information relating to sensitive information relating to his past. The nature of the information is such that it should not be openly shared in an open criminal case file.

3. Mr. Soto may be adversely affected if the contents of his sentencing memorandum become part of the public case file.

**WHEREFORE**, the Defendant, Edward Francisco Soto, respectfully requests that the court permit him to file his sentencing brief under seal.

**PARRISH KRUIDENIER DUNN BOLES GRIBBLE
GENTRY BROWN & BERGMANN, L.L.P.**

By: */s/ Benjamin D. Bergmann*
Benjamin D. Bergmann    AT0009469
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: bbergmann@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

United States Attorney's Office - DSM
110 E Court Ave, Suite 286
Des Moines, IA 50309
515 473-9300
Fax: 515 473-9292
**ATTORNEY FOR PLAINTIFF**

*/s/ Keren Guerrero*
Keren Guerrero
Legal Assistant